S.D.N.Y.-N.Y.C.
14-cv-9662
Rakoff, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand sixteen.

Present:
    José A. Cabranes,
    Susan L. Carney,
    Christopher F. Droney,
        *Circuit Judges*.

---

Universities Superannuation Scheme Limited, et al.,

    *Plaintiffs-Appellees*,

Peter Kaltman, individually and on behalf of all others similarly situated, et al.,

    *Plaintiffs*,

    v.     16-1914

Petroleo Brasileiro S.A. Petrobras, et al.,

    *Defendants-Appellants*,

Jose Sergio Gabrielli, et al.,

    *Defendants*.

---

Appellants move for a stay pending this expedited interlocutory appeal under Federal Rule of Civil Procedure 23(f) and for leave to file certain documents under seal. Appellees oppose a stay. Upon due consideration, it is hereby ORDERED that the motions are GRANTED. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

